**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        In re Hartford Casualty Insurance Company

Appellate case number:     01-22-00926-CV

Trial court case number:    37665

Trial court:                 335th District Court of Washington County

On December 14, 2022, relator, Hartford Casualty Insurance Company, filed a petition for writ of mandamus challenging the trial court's October 14, 2022 order granting real party in interest, Tommy Dale Privett's, motion to compel the deposition of a corporate representative of relator.

On December 20, 2022, the Court requested a response from real party in interest, due on or before January 9, 2023. On January 19, 2023, real party in interest filed a motion for extension of time to file a response to the mandamus petition, requesting that the deadline to file a response to the petition for writ of mandamus be extended to February 1, 2023. The motion of real party in interest is **granted**. Privett's deadline for filing a response to the petition for writ of mandamus is extended to **February 1, 2023**.

It is so ORDERED.

Judge's signature: _____/s/ Amparo Guerra_____
                         ☑ Acting individually    ☐ Acting for the Court

Date: ___January 24, 2023_____